# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**IN RE:  Robert Tulo**

| | | | |
|---|---|---|---|
| | ) | **Case No:** | **13-10477** |
| | ) | **Judge:** | **Janet Baer** |
| | ) | **Chapter** | **13** |
| **Debtor(s).** | ) | **Trustee:** | **Vaughn** |

## NOTICE OF MOTION

TO:   Robert Tulo, 1300 Borden Drive Elgin, Illinois 60120 (served via U.S. Mail)
   Office of Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street Suite 3850 Chicago, IL 60603 (served electronically)
   U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago IL 60604 (Electronically Notified)
   See Attached List (served via U. S. Mail)

   PLEASE TAKE NOTICE that on the 27th day of January 2014 at 9:30 AM  or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Janet Baer or any other Bankruptcy Judge presiding in his or her place in at the 219 S. Dearborn Street, Courtroom 615 Chicago, Illinois 60604 on the attached Debtor's Motion to Modify the Plan Post-Confirmation , and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

   The undersigned does hereby certify that a copy of this Notice was paper mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 1305 Remington Road, Suite C, Schaumburg, IL 60173 before 8:00 p.m. on or before January 31, 2014.

                                                      /s/ John Carlin

John Carlin #6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
847-843-8600

.

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219


Check and Go
4540 Cooper Road
Suite 200
Cincinnati, OH 45242


Corrie Tanakatsuvo
1300 Borden Dr.
Elgin, IL 60120


Credit Acceptance Corporation
25505 West Twelve Mile Road
Southfield, MI 48034


Drive Financial
8585 N Stemmons
Dallas, TX 75287


ILDOCFS
Office of Collections
406 East Monroe Station 433
Springfield, IL 62701


Illinois Department of Revenue
Springfield, IL 62736-0001


Internal Revenue Service
Centralized Insolvency
p.o. box 21126
Philadelphia, PA 11914


National Capital Management
8245 Tournament Dr.
Suite 230
Memphis, TN 38125


Orchard Bank
Po Box 19360
Portland, OR 97280

```
Quality Craft
1155 Bowes Road
Elgin, IL 60123


Rachel Tulo co/ ILDOCFS
Office of Collections
406 East Monroe Station 433
Springfield, IL 62701


Santander Consumer
P.O. Box 660633
Dallas, TX 75266-0633


Terry Tulo
1300 Borden Dr.
Elgin, IL 60120


US Bank
Recovery Dept
PO box 5227 MLCN OH WIS
Cincinnati, OH 45202-5227
```

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Robert Tulo

|  |  |  |
|---|---|---|
| ) | Case No: | 13-10477 |
| ) | Judge: | Janet Baer |
| ) | Chapter | 13 |
Debtor(s).    )    Trustee:    Vaughn

## Motion to Modify Chapter 13 Plan Post Confirmation

NOW COMES, Robert Tulo, (hereinafter referred to as "Debtor"), by and through his attorney John P. Carlin and moves this Honorable Court for entry of an Order Modifying the Debtor's Chapter 13 Plan Post Confirmation. In support thereof, Debtor respectfully represents as follows:

1. On March 15, 2013 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan on August 22, 2013. The Plan, as confirmed, provided for monthly payments of $700 for 4 months with unsecured creditors receiving 100% of their timely filed claims, and then the plan dropped to $500 for 4 months with unsecured creditors receiving 100% of their timely filed claims, then the plan would rise to $700 till the end of the plan with unsecured creditors receiving 100% of their timely filed claims.

3. To date, the Debtor has paid $5,250.

4. Under 11 U.S.C. §1329, Debtor is seeking to modify his plan by suspending three months of payments, February 2014 to April 2014, with payments to resume in May 2014, taking the missed payments and spreading them over the remaining plan payment by increasing the plan payments to $770 a month till the end of the plan.

5. Debtor is seeking to modify his plan since he is looking to obtain a family law attorney to help him with his child support obligations, and needs the payments suspended so that he may obtain counsel.

6. Debtor proposes a modified Chapter 13 Plan, to include the suspended payments of February 2014 to April 2014 into the plan that would raise the amount of the plan to $770 a month till the end of the plan, with unsecured creditors receiving 100% of their timely filed claims.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order:

1. Modifying the Chapter 13 plan post-confirmation, pursuant to 11 U.S.C. §1329 to suspend the February 2014 to April 2014 payments and to include the suspended payments into the Chapter 13 Plan, payments to begin in May 2014, raising the amount of the plan to $770 for the remaining months of the plan, with unsecured creditors receiving 100% of their timely filed claims.

2. Any other relief that this Court deems just and fit.

Respectfully Submitted,

   /s/  John P. Carlin
John P. Carlin #6277222
Attorney for the Debtor
Chang & Carlin, L.L.P.
1305 Remington Road, Suite C
Schaumburg, Il 60173
847-843-8600